**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

EDUARDO ORTIZ SANCHEZ,

        Plaintiff,

v.                                                                    Case No.: 3:25-cv-551-WWB-LLL

L3VEL3 LLC,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 10), wherein Plaintiff dismisses with prejudice all claims against Defendant. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida on July 30, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record